UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: § CASE NO. 19-10843

AURORA COMMERCIAL CORP. §

DEBTORS(S), § CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **HOOD CAD** | **PARKER CAD** | **KAUFMAN COUNTY** |
| **ROCKWALL CAD** | **TARRANT COUNTY** | **ALLEN ISD** |
| **CITY OF FRISCO** | **DALLAS COUNTY** | **ELLIS COUNTY** |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 25th day of March, 2019, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

ALBERT TOGUT
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10119

SOUTHERN (NY) U.S. TRUSTEE
US FEDERAL BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller (with permission)
Elizabeth Weller
SBN: 00785514 TX