UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AURORA COMMERCIAL CORP., *et al.*, | : | Case No. 19-10843 (SCC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

## AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 29, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Commencement of Chapter 11 Cases and Hearing to Consider "First-Day" Motions [Docket No. 6]

On March 29, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B** and (2) via overnight mail to Citibank N.A., Attn: Branch Manager, 111 Wall Street, New York, NY 10005 and U.S. Bank, N.A., Attn: Margaret Mumbleau, Branch Manager, Minneapolis, MN 55402:

- Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms; and (II) Authorizing the Continuance of Intercompany Transactions [Docket No. 4]

- Interim Order (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms; and (II) Authorizing the Continuance of Intercompany Transactions [Docket No. 12]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are as follows: Aurora Commercial Corp. (3416) and Aurora Loan Services, LLC (7742). The Debtors' corporate headquarters is located at 277 Park Avenue, 46th Floor, New York, New York 10172.

- Notice of Hearing on Final Order on Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management Practices, Bank Accounts, and Business Forms; and (II) Authorizing the Continuance of Intercompany Transactions [Docket No. 13]

Dated: April 3, 2019

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 3, 2019, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

**<u>Exhibit A</u>**

**Exhibit A**

Notice Parties Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| Chang S. Kwon | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Jacob Rhee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Jacob Rhee a/k/a John Lee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Jacob S. Lee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Jacob S. Rhee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Jason Park | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| John H. Lee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| John Lee | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Min H. Kim | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |
| Romy Kang | 611 S. Catalina Street, #212 | Los Angeles | CA | 90005 |

**<u>Exhibit B</u>**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Agha-Khan, M.D., Salma | Attn: Salma Agha-Khan, M.D.<br>3751 Motor Avenue #34727<br>Los Angeles CA 90032 | salmahagha@aol.com | Overnight Mail and Email |
| Top 20 Creditor | Brown, Larry | c/o Brian J Jacobs<br>6464 Woodman Avenue, Suite 103<br>Van Nuys CA 91401 | | Overnight Mail |
| Top 20 Creditor | Heron, James | c/o Talcott Franklin, P.C.<br>Attn: Shannon Conway<br>1920 McKinley Avenue, 74th Floor<br>Dallas TX 75201 | tal@talcottfranklin.com<br>sconway@talcottfranklin.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| Counsel to Hood Cad, Rockwall Cad, City of Frisco, Parker Cad, Tarrant County, Dallas County, Kaufman County, Allen ISD, Ellis County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Overnight Mail and Email |
| Top 20 Creditor | McNichol, Duane E. | c/o Sulaiman Law Group, Ltd.<br>Attn: Alexander Taylor<br>2500 S. Highland Avenue, Suite 200<br>Lombard IL 60148 | ataylor@sulaimanlaw.com | Overnight Mail and Email |
| Top 20 Creditor | Mortgage Electronic Registration Systems, Inc | c/o Law Offices of Scott J. Oh, LLC<br>2454 E. Dempster Suite 310<br>Des Plaines IL 60016-5319 | sjo@sjolaw.com | Overnight Mail and Email |
| Top 20 Creditor | Mutambo, Davies and Susan | c/o Law Offices of Scott J. Oh, LLC<br>2454 E. Dempster Suite 310<br>Des Plaines IL 60016-5319 | sjo@sjolaw.com | Overnight Mail and Email |
| Top 20 Creditor | Nationstar Mortgage LLC | Attn: Tony Villani, General Counsel<br>8950 Cypress Waters Blvd.<br>Coppell TX 75019 | | Overnight Mail |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Andrea B. Schwartz<br>201 Varick St.<br>Ste. 1006<br>New York NY 10014 | andrea.b.schwartz@usdoj.gov | Overnight Mail and Email |
| Top 20 Creditor | Redmond, James | c/o Justin M. Block, Esq<br>267 Carleton Ave Ste 301<br>Central Islip NY 11722-4544 | | Overnight Mail |
| Top 20 Creditor | Redmond, James | c/o Justin M. Block, Esq<br>One Suffolk Square, Suite 500<br>1601 Veterans Memorial Highway<br>Islandia NY 11749 | | Overnight Mail |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |

In re: Aurora Commercial Corp., *et al.*
Case No. 19-10843 (SCC)

Page 1 of 2

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>2nd Floor<br>Albany  NY 12224-0341 | | Overnight Mail |
| Counsel to Debtors | Togut, Segal & Segal LLP | Attn: Albert Togut, Frank A. Oswald & Kyle J. Ortiz<br>One Penn Plaza, Suite 3335<br>New York NY 10119 | altogut@TeamTogut.com<br>frankoswald@teamtogut.com<br>kortiz@teamtogut.com | Email |
| Top 20 Creditor | U.S. Bank, N.A. | c/o Fein, Such & Crane, LLP<br>1400 Old Country Road, Suite C103<br>Westbury NY 11590 | | Overnight Mail |
| Top 20 Creditor | U.S. Bank, N.A. | c/o Fein, Such & Crane, LLP<br>747 Chestnut Ridge Road, Suite 200<br>Chestnut Ridge NY 10977 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | | Overnight Mail |