UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:  Case No. 19-10843-SCC

AURORA COMMERCIAL CORP.,  Chapter 11

Debtor(s).  Honorable Shelley C. Chapman

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO: Clerk of the Court
US Bankruptcy Court
,

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Prime Clerk
830 3rd Ave
New York, NY 10022

PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Juandisha M. Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

DANA NESSEL
Attorney General

/s/ Juandisha M. Harris
Juandisha M. Harris (P62978)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-Mail: harrisj12@michigan.gov

Dated: June 13, 2019