UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:	Case No. 19-10843-SCC

AURORA COMMERCIAL CORP.,	Chapter 11

    Debtor(s).	Honorable Shelley C. Chapman
_____/

## PROOF OF SERVICE

The undersigned certifies that on June 18, 2019, a copy of the Notice of Appearance and Request for Service of Notices, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

| | |
|---|---|
| Albert Togut<br>Togut, Segal & Segal LLP | Prime Clerk<br>830 3rd Ave<br>New York, NY 10022 |
| | /s/ Aida Garmo  AG<br>Aida Garmo<br>Legal Secretary<br>Juandisha M. Harris (P62978)<br>Cadillac Place, Ste. 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202<br>Telephone: (313) 456-0140<br>E-mail: harrisj12@michigan.gov |

Dated: June 18, 2019