UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**In Re:**

       **AURORA COMMERCIAL CORP., et al.,**

       **Debtor,**

Chapter 11

Case No. 19-10843 (SCC)

------------------------------------------------------------------X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Butler, Fitzgerald, Fiveson & McCarthy, P.C. hereby appears as counsel for non-parties Victoria Stasichin as administratrix of the estate of Daniel Stasichin and Barbara Shane, pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Butler, Fitzgerald, Fiveson & McCarthy, P.C., requests that all notices given or required to be given in the above-captioned bankruptcy case or adversary proceedings, and all papers served or required to be served in these cases, be given and served upon the undersigned at the following office address:

        9 East 45th Street, Ninth Floor
        New York, New York 10017

    PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
June 19, 2019

                                              BUTLER, FITZGERALD, FIVESON
                                                & McCARTHY
                                              A Professional Corporation
                                              Attorneys for Interested Parties Victoria
                                              Stasichin as Administratrix of the Estate of
                                              Daniel Stasichin and Barbara Shane

                                              By: _____
                                                     David K. Fiveson
                                              A Principal of the Firm
                                              Nine East 45th Street, Ninth Floor
                                              New York, New York 10017
                                              (212) 615-2200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:

    **AURORA COMMERCIAL CORP., et al.,**

    **Debtor,**

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case no. 19-10843 (SCC)

Chapter 11

STATE OF NEW YORK  )
                             ) ss:
COUNTY OF NEW YORK  )

      RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on 19th day of June 2018, deponent served the within

**NOTICE OF APPEARANCE** upon:

TOGUT, SEGAL & SEGAL LLP
Attn: Kyle J. Ortiz, Esq.
Attorneys for Aurora Loan Services LLC
and Aurora Commercial Corp.
One Penn Plaza, Suite 3335
New York, New York 10119

UNITED STATES TRUSTEE
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                    RAYMOND Q. SPERLING

Sworn to before me this
14th day of June, 2019

_____
Notary Public

GRAIL A. MOORE
Notary Public, State of New York
No. 4789402
Qualified in Nassau County
Commission Expires ~~January 31, 19~~
April 16, 2022