**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re:                                                                   Chapter 11

                                                                     Case No. 19-10843-(scc)

AURORA COMMERCIAL CORP.**,**

                                    Debtor
---------------------------------------------------------X

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Interested Parties EMILE DIAZ & CARLOS DIAZ, in the above captioned case, hereby appear by and through their counsel, Btzalel Hirschhorn, Esq., and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), and other applicable law, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney or on their behalf, at the address set forth below:

                         **SHIRYAK, BOWMAN, ANDERSON, GILL, & KADOCHNIKOV, LLP**
                                              Btzalel Hirschhorn, Esq.
                                      80-02 Kew Gardens Road, Suite 600
                                           Kew Gardens, New York 11415

Dated:          September 16, 2019
                   Kew Gardens, New York

                                          **SHIRYAK, BOWMAN, ANDERSON, GILL, &**
                                          **KADOCHNIKOV, LLP**

                                          /s/ Btzalel Hirschhorn
                                          By: Btzalel Hirschhorn, Esq.

*Attorney for Interested Parties Emile Diaz & Carlos Diaz*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, New York 11415
718-263-6800
bhirschhorn@sbagk.com