TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258
Albert Togut
Kyle J. Ortiz
Amy M. Oden
Katharine E. Scott

*Counsel to the Post-Confirmation Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
AURORA COMMERCIAL CORP., *et al.*,                          :    Case No. 19-10843 (SCC)
                                                            :    (Jointly Administered)
                           Post-Confirmation Debtors.[1]    :
                                                            :
------------------------------------------------------------ x

## NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF MODIFIED FIRST AMENDED JOINT PLAN OF LIQUIDATION FOR AURORA COMMERCIAL CORP. AND AURORA LOAN SERVICES LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) LAST DAY TO FILE (A) ADMINISTRATIVE CLAIMS AND (B) CONTRACT REJECTION CLAIMS

      **PLEASE TAKE NOTICE** that an order [Docket No. 464] (the "Confirmation Order") confirming the *Modified First Amended Joint Plan of Liquidation for Aurora Commercial Corp. and Aurora Loan Services LLC Pursuant to Chapter 11 of the Bankruptcy Code,* dated as of May 22, 2020, attached to the Confirmation Order as Exhibit A (the "Plan")[2] for Aurora Commercial Corp. and Aurora Loan Services LLC, as post-confirmation debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" or the "Liquidating Debtors," as applicable), was signed by the Honorable Shelley C. Chapman and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on May 28, 2020.

---

[1]    The post-confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number are: Aurora Commercial Corp. (3416) and Aurora Loan Services LLC (7742). Aurora Loan Services LLC is a wholly owned subsidiary of Aurora Commercial Corp., successor entity to Aurora Bank, FSB, f/k/a Lehman Brothers Bank, FSB. The Debtors' corporate headquarters is located at 277 Park Avenue, 46th Floor, New York, New York 10172.

[2]    All capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan became effective on September 21, 2020 (the "<u>Effective Date</u>").

<u>**Professionals' Final Applications for Pre-Effective Date Compensation**</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, each Professional (including (a) any professional employed by the Debtors pursuant to sections 327, 328, 363, or 1103 of the Bankruptcy Code or otherwise and (b) any professional or other entity seeking compensation or reimbursement of expenses in connection with the Chapter 11 Cases pursuant to section 503(b)(4) of the Bankruptcy Code) must file with the Court their final fee applications seeking approval of all Professional Fee Claims **by no later than November 20, 2020.**

<u>**Enforcement of the Bar Date Order**</u>

**PLEASE TAKE FURTHER NOTICE** that, except as specifically set forth in the Plan, the Confirmation Order, and this Notice, the Bar Date Order remains in full force and effect, including, without limitation, the establishment of June 10, 2019 as the General Bar Date.

<u>**Administrative Claims Bar Date**</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, **each Holder of an Administrative Claim is required to file and serve a proof of Administrative Claim so that it is received no later than October 21, 2020**. A proof of Administrative Claim form is available at <u>https://cases.primeclerk.com/Aurora/</u>. Delivery of the proof of Administrative Claim must be made to Prime Clerk LLC, the Debtors' claims and Notice Agent ("<u>Prime Clerk</u>"), by U.S. Postal Service mail or overnight delivery to Aurora Commercial Corporation Claims Processing Center, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232 by October 21, 2020. *Any proof of Administrative Claim sent in any other manner, including by facsimile, telecopy, or electronic mail transmission, shall not be accepted. Holders of Administrative Claims who are required to file a request for payment of such Claims and who do not file such requests by the Administrative Claims Bar Date shall be forever barred from asserting such Claims against the Debtors or their property, and the Holder thereof shall be enjoined from commencing or continuing any action, employment of process or act to collect, offset, or recover such Administrative Claim.*

<u>**Contracts Rejection Claims Bar Date**</u>

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, **Proofs of Claim based upon the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan must be filed and served so that they are received by the Liquidating Debtors and Prime Clerk no later than October 21, 2020**. A Proof of Claim form is available at <u>https://cases.primeclerk.com/Aurora/</u>. Delivery of the Proof of Claim must be made by U.S. Postal Service mail or overnight delivery to

Aurora Commercial Corporation Claims Processing Center, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232 by October 21, 2020. *Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the Plan Administrator, the Estates, or the property of any of the foregoing without the need for any objection by the Debtors or the Plan Administrator, as applicable, or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully compromised, settled, and released, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.*

### IRS Forms

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 5.5(b) of the Plan, any party entitled to receive any property as an issuance or Distribution under the Plan shall, upon request, deliver to the Plan Administrator or such other Person designated by the Plan Administrator (which Entity shall subsequently deliver to the Plan Administrator any applicable IRS Form W-8 or Form W-9 received) an appropriate Form W-9 or (if the payee is a foreign Person) Form W-8, unless such Person is exempt under the tax code and so notifies the Plan Administrator. If such request is made by the Plan Administrator or such other Person designated by the Plan Administrator and the Holder fails to comply before the date that is 180 days after the request is made, the amount of such Distribution shall irrevocably revert to the Debtors and any Claim in respect of such Distribution shall be forever barred from assertion against any Debtor and its respective property.

### Binding Effect

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 11.1 of the Plan, the Plan and its provisions are binding on, among others, the Debtors, the Liquidating Debtors, any Holder of a Claim against or Interest in the Debtors, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

### Plan Injunction

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 11.8 of the Plan, Confirmation of the Plan operates as an injunction against the commencement or continuation of any act or action to collect, recover, or set off against any Claim or Interest treated in the Plan from the Debtors, the Liquidating Debtors, or their respective property or any actions to interfere with the implementation and consummation of the Plan, except as otherwise expressly permitted by the Plan or the Confirmation Order or by an order of the Bankruptcy Court. The Bankruptcy Court shall have jurisdiction to determine and award damages and/or other appropriate relief at law or in equity for any violation of such injunction, including compensatory damages, professional fees and expenses, and exemplary damages for any willful violation of said injunction.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available (a) on the Bankruptcy Court's website for a fee by visiting http://www.nysb.uscourts.gov or (b) for free by visiting the website of the Debtors' Claims and Noticing Agent, Prime Clerk, at https://cases.primeclerk.com/Aurora/.

Dated:  New York, New York
        September 21, 2020

                                AURORA COMMERCIAL CORP., *et al.*,
                                *Post-Confirmation Debtors*
                                By their Counsel
                                TOGUT, SEGAL & SEGAL LLP,
                                By:

                                */s/ Kyle J. Ortiz*
                                ALBERT TOGUT
                                KYLE J. ORTIZ
                                AMY M. ODEN
                                KATHARINE E. SCOTT
                                One Penn Plaza, Suite 3335
                                New York, New York 10119
                                (212) 594-5000